ORIGINAL

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1  Morgan W. Tovey (SBN 136242)
   William R. Overend (SBN 180209)
2  REED SMITH LLP
   Two Embarcadero Center, Suite 2000
3  San Francisco, CA  94111-3922

4  **Mailing Address:**
   P.O. Box 7936
5  San Francisco, CA  94120-7936

6  Telephone:    415.543.8700
   Facsimile:    415.391.8269
7
   Theodore A. Breiner
8  Jennifer A. Harchick
   BREINER & BREINER, L.L.C.
9  115 North Henry Street
   Alexandria, Virginia 22314
10 Telephone:  (703) 684-6885
   Facsimile:  (703) 684-8206
11
   Attorneys for Plaintiff
12 Plant Development Services, Inc.



E-filing

**FILED**

**JUL 2 5 2007**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

13
14                UNITED STATES DISTRICT COURT

15               NORTHERN DISTRICT OF CALIFORNIA

16                  SAN FRANCISCO DIVISION

17 PLANT DEVELOPMENT SERVICES, INC.,        Case No.: C-07-2398-MJJ

18                    Plaintiff,            [~~PROPOSED~~] **ORDER GRANTING PRO
                                           HAC VICE APPLICATION OF
19         vs.                             THEODORE A. BREINER**

20 EL MODENO GARDENS, INC.,

21                    Defendant.

22
23
24
25
26
27
28

— 1 —                                    DOCSSFO-12484495.1

1   Theodore A. Breiner, an active member in good standing of the bar of the State of Virginia,

2   whose business address and telephone number is Breiner & Breiner, L.L.C., 115 North Henry Street

3   Alexandria, VA  22314, telephone 703-684-6885, having applied in the above-entitled action for

4   admission to practice in the Northern District of California on a *pro hac vice* basis, representing

5   Plant Development Services, Inc.

6

7   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

8   conditions of Civil L.R. 11-3.  All papers field by the attorney must indicate appearance *pro hac*

9   *vice*.  Service of papers upon and communication with co-counsel designated in the application will

10  constitute notice to the party.  All future filings in this action are subject to the requirements

11  contained in General Order No. 45, *Electronic Case Filing*.

12  DATED:  _____7/19/07_____.

13

14

15  _____

16  The Honorable Martin J. Jenkins

17

18

19

20

21

22

23

24

25

26

27

28

DOCSSFO-12484495.1

Proposed Order Granting Pro Hac Vice Application of Theodore A. Breiner
Action No. C-07-2398-MJJ

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

PLANT DEVELOPMENT SERVICES INC,

Plaintiff,

v.

EL MODENO GARDENS INC et al,

Defendant.

_____/

Case Number: CV07-02398 MJJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 25, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Theodore A. Breiner
Breiner & Breiner, L.L.C.
115 North Henry Street
Alexandria, VA 22314

Dated: July 25, 2007

Richard W. Wieking, Clerk
By: Edward Butler, Deputy Clerk