Morgan W. Tovey (SBN 136242)
William R. Overend (SBN 180209)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:   415.543.8700
Facsimile:   415.391.8269

Theodore A. Breiner (*pro hac vice*)
Jennifer A. Harchick
BREINER & BREINER, L.L.C.
115 North Henry Street
Alexandria, Virginia 22314
Telephone: (703) 684-6885
Facsimile: (703) 684-8206

Attorneys for Plaintiff
Plant Development Services, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PLANT DEVELOPMENT SERVICES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> EL MODENO GARDENS, INC., <br><br> Defendant. | Case No.: C-07-2398-MJJ <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** <br><br> Date: August 14, 2007 <br> Time: 2:00 p.m. <br> Place: Courtroom 11, 19th Floor |

– 1 –

– 2 –

1   The parties, by and through their undersigned counsel, hereby stipulate to continue the date
2   set for the Initial Case Management Conference – along with all related deadlines – by a period of
3   four (4) weeks.  The parties are seeking this extension because they are in the process of exploring
4   informal settlement discussions.  The parties already have spoken multiple times regarding a
5   potential settlement, have exchanged correspondence and documents to facilitate those efforts and
6   believe that the requested extension of time would further aid their attempts to reach an informal
7   resolution of this matter.  Accordingly, the parties hereby stipulate to the following deadlines:

8

9   ~~August 28, 2007~~: Last day to serve Initial Disclosures
    SEPTEMBER 11, 2007
10   ~~September 4, 2007~~: Last day to file and serve Joint Case Management Statement and Rule
11   26(f) Report
    SEPTEMBER 14, 2007
12   ~~September 11, 2007~~, at 2:00 p.m.: Initial Case Management Conference

13

14   DATED:  August 2, 2007.
                                               REED SMITH LLP
15

16
                                               By:____/s/  William R. Overend_____
17                                                William R. Overend
                                                  Attorneys for Plaintiff Plant Development
18                                                Services, Inc.

19   DATED:  August 2, 2007.
                                               SHEPPARD MULLIN RICHTER & HAMPTON LLP
20

21
                                               By:____/s/ P. Craig Cardon_____
22                                                P. Craig Cardon
                                                  Attorneys for Defendant El Modeno Gardens, Inc.
23

24

25   PURSUANT TO STIPULATION, IT IS SO ORDERED.

26

27   DATED: _____8/9/2007_____        _____*signature*_____
                                               Honorable Martin J. Jenkins
28                                              United States District Judge