1  Morgan W. Tovey (SBN 136242)
   William R. Overend (SBN 180209)
2  REED SMITH LLP
   Two Embarcadero Center, Suite 2000
3  San Francisco, CA 94111-3922

4  **Mailing Address:**
   P.O. Box 7936
5  San Francisco, CA 94120-7936

6  Telephone:   415.543.8700
   Facsimile:   415.391.8269
7
   Theodore A. Breiner (*pro hac vice*)
8  Jennifer A. Harchick
   BREINER & BREINER, L.L.C.
9  115 North Henry Street
   Alexandria, Virginia 22314
10 Telephone:  (703) 684-6885
   Facsimile:  (703) 684-8206
11
   Attorneys for Plaintiff
12 Plant Development Services, Inc.

13

14                      UNITED STATES DISTRICT COURT

15                     NORTHERN DISTRICT OF CALIFORNIA

16                          SAN FRANCISCO DIVISION

17 | PLANT DEVELOPMENT SERVICES, INC., | Case No.: C-07-2398-MJJ |
   |---|---|
18 | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND DEADLINE FOR JOINT CASE MANAGEMENT STATEMENT** |
19 | vs. | |
20 | EL MODENO GARDENS, INC., | |
21 | Defendant. | Date: September 14, 2007<br>Time: 2:00 p.m.<br>Place: Courtroom 11, 19th Floor |

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

The parties, by and through their undersigned counsel, hereby stipulate to continue the dates for the Initial Case Management Conference and related Joint Case Management Statement by a period of four (4) weeks. The parties previously sought an extension of time while they explored informal settlement discussions. (In the interim, the parties completed their Rule 26 Initial Disclosures.) The parties' settlement discussions have thus far been productive, and the parties are now at the stage of exchanging draft agreements and seeking to finalize settlement terms. The parties believe that the requested extension of time would further aid their attempts to reach an informal resolution of this matter, while eliminating unnecessary expenditure of time and resources by the Court and the parties. Accordingly, the parties hereby stipulate to the following deadlines:

October 16, 2007: Last day to file and serve Joint Case Management Statement and Rule 26(f) Report (previously set for September 11, 2007)

October 23, 2007, at 2:00 p.m.: Initial Case Management Conference (previously set for September 18, 2007)

DATED: September 10, 2007.

REED SMITH LLP

By:   /s/  William R. Overend
      William R. Overend
      Attorneys for Plaintiff Plant Development
      Services, Inc.

DATED: September 10, 2007.

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By:   /s/ P. Craig Cardon
      P. Craig Cardon
      Attorneys for Defendant El Modeno Gardens, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: September 12, 2007

Honorable Martin J. Jenkins
United States District Judge

IT IS SO ORDERED
Judge Martin J. Jenkins

– 2 –

Stipulation and Proposed Order Continuing CMC and Deadline for Joint Case Management Statement
Action No. C-07-2398-MJJ

DOCSSFO-12480357.1