Morgan W. Tovey (SBN 136242)
William R. Overend (SBN 180209)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:   415.543.8700
Facsimile:   415.391.8269

Theodore A. Breiner (*pro hac vice*)
Jennifer A. Harchick
BREINER & BREINER, L.L.C.
115 North Henry Street
Alexandria, Virginia 22314
Telephone:  (703) 684-6885
Facsimile:  (703) 684-8206

Attorneys for Plaintiff
Plant Development Services, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PLANT DEVELOPMENT SERVICES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> EL MODENO GARDENS, INC., <br><br> Defendant. | Case No.:  C-07-2398-MJJ <br><br> **STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL OF ACTION** |

IT IS HEREBY STIPULATED by and between the parties to this action, through their respective counsel of record, that pursuant to a confidential settlement agreement, this action is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).  Each party shall bear its own attorneys' fees and costs in connection with the above-captioned action.

DATED:  October 18, 2007.

REED SMITH LLP

By:   /s/  William R. Overend
    William R. Overend
    Attorneys for Plaintiff Plant Development Services, Inc.

DATED:  October 18, 2007.

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By:   /s/ P. Craig Cardon
    P. Craig Cardon
    Attorneys for Defendant El Modeno Gardens, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  10/31/07

Honorable Martin J. Jenkins
United States District Judge

*Judge Martin J. Jenkins*